**DISMISS and Opinion Filed October 14, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00606-CV

**JEFF MCDERMOTT, Appellant**
**V.**
**PHILIP MCDERMOTT, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01197-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. By postcard dated August 27, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


240606F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEFF MCDERMOTT, Appellant

No. 05-24-00606-CV     V.

PHILIP MCDERMOTT, Appellee

On Appeal from the County Court at Law No. 1, Collin County, Texas
Trial Court Cause No. 001-01197-2024.
Opinion delivered by Chief Justice Burns. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered October 14, 2024.